DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475



**FILED**
OCT - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
PAULA M. JOHNSON

Chapter 13
Case No. 06-3-0681 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1,410.91 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 026 | CLERK OF THE COURT FOR WELLS FARGO AUTO FINANCE P O BOX 30095 WALNUT CREEK, CA 94598 | $1,410.91 |

Dated: October 5, 2011

CECILIA MARCELO
Receipts Administrator